UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHARLES AMOS**                                            **CIVIL ACTION**

**VERSUS**                                                  **NO. 04-2029**

**WARDEN N. BURL CAIN**                                     **SECTION: "B"(6)**

### ORDER AND REASONS

This matter was referred to the Magistrate Judge to consider plaintiff's petition for *habeas corpus* relief. The Court, after considering the record, the applicable law, the Supplemental Report and Recommendation of the United States Magistrate Judge, hereby **AFFIRMS** the Magistrate Judge's Supplemental Report and Recommendation and **ADOPTS** it by reference here as the opinion of the Court. Accordingly,

**IT IS ORDERED** that the petition of Charles Amos for issuance of a writ of *habeas corpus* relief under Title 28, United States Code, §2254, is hereby **DENIED WITH PREJUDICE**.

New Orleans, Louisiana, this 19th day March, 2008.

UNITED STATES DISTRICT JUDGE